# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**
NOV 1 2 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** <br> vs. <br> Robert Shepard | Case No. 07-0254 LJO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Robert Shepard_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

That the condition requiring the defendant to participate in treatment for drug and/or alcohol dependency be removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Robert Shepard_  11/4/08          _Montgomery L. Olson_  11-4-08
Signature of Defendant   Date          Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____          11-5-08
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____          11-7-08
Signature of ~~Defense Counsel~~ AUSA          Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on __11/12/08__.
☐ The above modification of conditions of release is *not* ordered.

_____          11/12/08
Signature of Judicial Officer          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services