W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
Telephone: (559) 442-0634
Facsimile :  (559) 233-6947

Attorney for ROBERT SHEPARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>           Plaintiffs,       )<br>                              )<br>vs.                           )<br>                              )<br>ROBERT SHEPARD, et al.        )<br>                              )<br>           Defendant.         )<br>_____) | Case No 1:07-CR-0254 LJO<br><br>**DEFENDANT ROBERT SHEPARD'S APPLICATION FOR ORDER EXONERATING APPEARANCE AND COMPLIANCE BOND AND ORDER THEREON**<br><br>**Honorable Lawrence J. O'Neill** |

   Defendant Robert Shepard, by and through his attorney of record, W. Scott Quinlan, hereby moves the Court for an order exonerating the unsecured appearance and compliance bond in the above-captioned case.

   On October 11, 2007, the magistrate court ordered Robert Shepard released from custody under conditions of pre-trial services supervision and a $100,000.00 unsecured appearance and compliance bond.  A Justification of Sureties was signed by Mr. Royal Hall on October 12, 2007.

   On February 6, 2009, Robert Shepard appeared before this court for sentencing.  He was sentenced to 5 months home confinement and 24 months of probation.

///

///

///

Robert Shepard requests that the Court exonerate the unsecured appearance and compliance bond previously set by the magistrate court.

Dated:   February 19, 2009                                    Respectfully submitted,

                                                          /s/ W. Scott Quinlan
                                                          W. Scott Quinlan, Attorney for
                                                          Defendant, ROBERT SHEPARD

**ORDER**

Good cause appearing therefore,

The attached unsecured appearance and compliance bond secured by Royal Hall for the amount of $100,000.00 is to be exonerated.

IT IS SO ORDERED.

**Dated:   February 19, 2009**                    /s/ **Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE